THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN F. DALE, Relator, v. CHARLES V. STROUSE, Sheriff of Chemung County, Defendant.— Writ of habeas corpus dismissed, and prisoner remanded to the custody of the sheriff of Chemung county. Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ., concur.

In the Matter of the Claim of ANNA MORANO, Appellant, v. THE AMERICAN NEWS COMPANY, Respondent. STATE INDUSTRIAL BOARD, Respondent.— Motion to dismiss appeal granted, unless appellant perfects appeal, files and serves printed record on appeal on or before April 15, 1935, and briefs, and is ready for argument at the next compensation term, in which event the motion is denied. Cross-motion to dispense with printing of record denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

GUSTAVE C. DARWEGER, Respondent, v. CHARLES B. STAATS and Others, Appellants.— Motion for leave to appeal to the Court of Appeals granted, and the following question certified: Does the complaint herein state facts sufficient to constitute a cause of action? Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ. [See *ante*, p. 380.]